**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMRO ELANSARI,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 20-CV-4000** |
| | : | |
| **WILLIAM P. BARR,** *et al.,* | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 24th day of August, 2020, upon consideration of Plaintiff Amro

Elansari's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No.

2) it is **ORDERED** that:

1.       Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.       The Complaint is **DEEMED** filed.

3.       The Complaint is **DISMISSED WITH PREJUDICE** as legally frivolous for the

reasons in the Court's Memorandum.

4.       The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/Joel H. Slomsky, J.
_____
**JOEL H. SLOMSKY, J.**